IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA MASTEL,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>        Defendant. | 8:25CV546<br><br>ORDER |

    This matter is before the Court on plaintiff Amanda Mastel's ("Mastel") motion to proceed in forma pauperis (Filing No. 2). Upon careful review of the request, Mastel's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

    IT IS SO ORDERED.

    Dated this 10th day of September 2025.

                                                     BY THE COURT:

                                                     Robert F. Rossiter, Jr.
                                                     Chief United States District Judge